

Beech Mountain Resort ski area and chairlifts w. surrounding condos and other real estate property in Beech Mountain, North Carolina aerial photo taken on March 8, 2013 - © 2013 David Oppenheimer - Performance Impressions Photography Archives
Email: David Oppenheimer

**EXHIBIT "A"**

Case 1:18-cv-00272-MR   Document 1-2   Filed 09/24/18   Page 1 of 1