# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VAu 1-132-213

**Effective date of registration:**

March 11, 2013

---

## Title

**Title of Work:** Photography by David Oppenheimer from Winter of 2013

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** David Gordon Oppenheimer
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1970

## Copyright claimant

**Copyright Claimant:** David Gordon Oppenheimer
P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

- **Organization Name:** Performance Impressions LLC
- **Name:** David Gordon Oppenheimer
- **Email:** dave@performanceimpressions.com
- **Telephone:** 828-273-9339
- **Address:** P.O. Box 8105
  Asheville, NC 28814 United States

## Certification

- **Name:** David Gordon Oppenheimer
- **Date:** March 10, 2013

---

**Correspondence:** Yes

Registration #: VAU001132213
Service Request #: 1-901315492



Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814  United States