

**EXHIBIT "C"**