×

- **Holiday home info & price**
- **Facilities**
- **House rules**
- **One of our newest properties**

We're sorry, but this property isn't taking reservations on our site right now. Don't worry, you can find tons of other nearby properties **right here**.

×

Sign in

**SiSo 5350'**

*139 Skiloft Road, Beech Mountain, NC 28604, USA –* **Show map**

No account? **Start here**

After booking, all of the property's details, including telephone and address, are provided in your booking confirmation and your account.





**EXHIBIT E**





**+36 photos**
Close ×
SiSo 5350'



Case 1:18-cv-00272-MR   Document 1-6   Filed 09/24/18   Page 2 of 5



Are we missing some photos? **Yes** / **No**

Set in Beech Mountain, SiSo 5350' is a chalet boasting a seasonal outdoor pool. The property features views of the mountain and is 11.8 miles from Boone. Free WiFi is provided throughout the property.

There is a seating area, a dining area and a kitchen. Towels and bed linen are available at SiSo 5350'. Other facilities at SiSo 5350' include a barbecue.

SiSo 5350' provides free private parking available on site, and Tri-City Regional is 35.4 miles from the property. You can engage in various activities, such as skiing and golfing.

We speak your language!

**Show me more**

SiSo 5350' has been welcoming Booking.com guests since 4 Jul 2017.

Missing some information? /

**Most popular facilities**
🛜 Free WiFi
**Guests love...**
🛜 Free WiFi
🅿 Free private parking available on-site
⛷ Ski-to-door
Be the first to add this

🔒 **Lock in a great price for your upcoming stay**
Get instant confirmation with FREE cancellation on most rooms!

## Availability

*We Price Match*

**When would you like to stay at SiSo 5350'?**

Check-in date

Check-out date

Rooms `1` Adults `2` Children `0`

🕯 **Just booked in Beech Mountain:** 1 property like SiSo 5350' was just booked

---

**Property surroundings – Show map**
**Closest airports**
Tri-Cities Regional Airport
35.6 miles

Are you missing any information about this area? /

---

**Facilities of SiSo 5350'**
**Most popular facilities**
📶 Free WiFi

🅿 **Parking**
  - *Free!* Free private parking is possible on site (reservation is not needed).
  - Street parking

📶 **Internet**
  - *Free!* WiFi is available in all areas and is free of charge.

🍴 **Kitchen**
Freedom to eat when you want
  - Dining table
  - Coffee machine
  - Stovetop
  - Tumble dryer
  - Kitchenware
  - Washing Machine
  - Dishwasher
  - Microwave
  - Refrigerator

🛏 **Bedroom**
  - Wardrobe/Closet

🛁 **Bathroom**
  - Towels
  - Bath
  - Toilet paper
  - Linen
  - Additional bathroom

🛋 **Living Area**
Space for everyone to be together
  - Dining area
  - Fireplace
  - Seating Area

🖥 **Media & Technology**
Fun for everyone under one roof
  - Flat-screen TV
  - Cable Channels
  - Telephone

🐾 **Pets**
  - Pets are not allowed.

♿ **Accessibility**
  - Upper floors accessible by stairs only

🌳 **Outdoors**
Sit back and relax
  - Outdoor dining area
  - Outdoor furniture
  - Terrace
  - BBQ facilities
  - Patio
  - Balcony

🏊 **Pool and wellness**
  - Swimming pool
  - Outdoor pool (seasonal)

⛷ **Activities**
  - Ski-to-door access
  - Cycling
  - Hiking
  - Skiing
  - Fishing
  - Golf course (within 3 km) (Additional charge)

🏢 **Building characteristics**
  - Detached

🏞 **Outdoor & View**
Enjoy the view
  - Mountain view
  - View

👪 **Entertainment and family services**
  - Board games/puzzles

❄ **Miscellaneous**
  - Family rooms
  - Non-smoking rooms

Missing some information? /

**House rules SiSo 5350' takes special requests - add in the next step!**

| | | |
|---|---|---|
| 📅 | Check-in | 15:00 00:00 00:00 |
| | | You'll need to let the property know in advance what time you'll arrive. |
| 📅 | Check-out | 11:00 11:00 11:30 |
| ℹ️ | Cancellation/ prepayment | Cancellation and prepayment policies vary according to room type. Please **enter the dates of your stay** and check the conditions of your required room. |
| 🧑 | Children and extra beds | All children are welcome. |
| | | Free!  Up to three children under 12 years stay free of charge when using existing beds. |
| | | There is no capacity for extra beds in the room. |
| 🐾 | Pets | Pets are not allowed. |
| 💳 | Cards accepted at this property | |

SiSo 5350' accepts these cards and reserves the right to temporarily hold an amount prior to arrival.

The fine print

Please inform SiSo 5350' in advance of your expected arrival time. You can use the Special Requests box when booking, or contact the property directly with the contact details provided in your confirmation.

✕

**Didn't find the right property?**
**Continue search**
**We found properties like SiSo 5350' that other travellers liked**
**» Holiday homes in Beech Mountain**