

EXHIBIT F

Case 1:18-cv-00272-MR Document 1-7 Filed 09/24/18 Page 1 of 1