| | |
|---|---|
| **From:** | Dana LeJune |
| **To:** | james@biomasstech.com; jennifer@biomasstech.com; james@siso5350.com |
| **Cc:** | Scott Francis; Paula Taylor |
| **Subject:** | Infringement of David Oppenheimer"s copyright protected aerial image of Beech Mountain |
| **Date:** | Tuesday, August 14, 2018 4:45:13 PM |
| **Importance:** | High |

Dear Mr. and Mrs. Griffin:

Thank you for taking my call just now.

My understanding is that you were advised by your "lawyer brother-in-law" to ignore this claim, and to not respond, or even try to negotiate a settlement. When I asked for contact information for this lawyer-relative so that I might try to convince him to engage in settlement talks, you said, *"That's not going to happen."*

I explained that this was TERRIBLE advice, and that you and your wife are leaving me no alternative but to file a suit against you and the company in U.S. District Court here in the Western District of North Carolina, and you had no comment to that. When I explained that Mr. Oppenheimer would be seeking the maximum statutory damages of $150,000 plus costs including attorney's fees, you also had no comment.

I am urging you one last time to please communicate with me (NOT Mr. Oppenheimer, as you did before), and let's resolve this claim without litigation.

I will wait until Monday morning August 20 to file suit, in hopes that you get better legal advice in the meantime, and call, or have a lawyer call me to negotiation settlement.


Dana LeJune
Board-Certified Trial Lawyer,
Texas Board of Legal Specialization
Licensed Texas and North Carolina
Rated *"Pre-eminent"* by Martindale Hubbell

**TEXAS OFFICE:**

6525 Washington Avenue
Suite 300
Houston, TX 77007
713-942-9898 Office
713-942-9898 Facsimile

**EXHIBIT H**

**NORTH CAROLINA OFFICE:**

7 Orchard Street
Suite 200
Asheville, NC 28801
828-774-5800 Office

WWW.TRIALLAWYERS.NET
WWW.COPYRIGHTSUIT.NET

*"So when you spot violence, or bigotry, or intolerance or fear or just garden-variety misogyny, hatred or ignorance, just look it in the eye and think, 'The good outnumber you, and we always will.'"*
~Patton Oswalt, 2016