# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00272-MR

| | |
|---|---|
| DAVID OPPENHEIMER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JAMES SEAN GRIFFIN and )<br>JENNIFER FOWLKES GRIFFIN, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Response to Court's Show Cause Order [Doc. 7].

For the reasons stated in the Plaintiff's Response, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall have an additional sixty (60) days from the entry of this Order within which to effectuate service upon the Defendants.

**IT IS FURTHER ORDERED** that the Show Cause Order [Doc. 5] is **DISCHARGED.**

**IT IS SO ORDERED.**

Signed: February 4, 2019

Martin Reidinger
United States District Judge