# LeJune Law Firm

**1225 North Loop West, Suite 825**
**Houston, Texas 77008**
**Phone: 713.942.9898**
**Fax: 713.942.9899**

**Oppenheimer v. SISO 5350' and Jennifer Fowlkes and James Griffin**

**Invoice No. 2019-01**  **Invoice Date:** 10/3/2019

| Invoice For: | Legal and Administrative Services relating to Service on Defendants | | | | |
|---|---|---|---|---|---|
| **DOS** | **Description** | **TMKPR** | **Hrly Rate** | **Time** | **Amount** |
| 9/25/2018 | Prepare Notice of Lawsuit and Request for Waiver of Service to Jennifer Fowlkes and James Griffin; prepare letter, Complaint, Waivers, Spoliation Notice, Case Assignment Notice and all Exhibits and mail CMRR. | PKT | $100.00 | 2.00 | 200.00 |
| 10/24/2018 | Review USPS Status of the CMRR letters sent to Fowkles & Griffin | PKT | $100.00 | 0.25 | 25.00 |
| 1/9/2019 | Review USPS status of the CMRR letter sent to Fowkles & Griffin. | PKT | $100.00 | 0.25 | 25.00 |
| 1/10/2019 | Prepare Summons and request issuance by the clerk on all defendants. | PKT | $100.00 | 0.50 | 50.00 |
| 1/14/2019 | Email to Process Server. | DAL | $450.00 | 0.25 | 112.50 |
| 1/17/2019 | Subsequent email to Process Server to follow up. | DAL | $450.00 | 0.25 | 112.50 |
| 1/23/2019 | Attention to filing response with Court. | PKT | $100.00 | 0.25 | 25.00 |
| 1/23/2019 | Review Court's Order to Show Cause for lack of service; follow up on status of certified mail letters sent with Waivers; draft response. | PKT | $100.00 | 0.50 | 50.00 |
| 1/23/2019 | Review and edit Response to Order to Show Cause; draft Declaration of Dana LeJune. Finalize Response. | SF | $250.00 | 1.00 | 250.00 |
| 2/5/2019 | Email with Process Server regarding status of service. | PKT | $100.00 | 0.25 | 25.00 |
| 2/6/2019 | Email to Process Server requesting status of service on Defendants. | PKT | $100.00 | 0.25 | 25.00 |
| 2/21/2019 | Exchange emails with Process Server relating to status of service and getting meeting set up. | PKT | $100.00 | 0.25 | 25.00 |
| 3/2/2019 | Email thread with Process Server regarding contacts with BioMass personnel and issues concerning service. | DAL | $450.00 | 0.25 | 112.50 |
| 3/5/2019 | Draft Motion for Alternative Service and forward to DAL for review. | PKT | $100.00 | 0.50 | 50.00 |
| 3/5/2019 | Email to Jennifer Fowlkes and James Griffin regarding attempted service. | DAL | $450.00 | 0.25 | 112.50 |
| 3/13/2019 | Review and respond to email from Process Server. | DAL | $450.00 | 0.25 | 112.50 |
| 3/19/2019 | Review and respond to several emails from Process Server and Investigator. | DAL | $450.00 | 0.50 | 225.00 |

| DOS | Description | TMKPR | Hrly Rate | Time | Amount |
|---|---|---|---|---|---|
| 4/1/2019 | Emails with investigator | DAL | $450.00 | 0.25 | 112.50 |
| 4/2/2019 | Review and respond to email from Process Server. | DAL | $450.00 | 0.25 | 112.50 |
| 4/4/2019 | Review and analyze email from Investigator with 4 attachments. | DAL | $450.00 | 0.50 | 225.00 |
| 4/5/2019 | Review and respond to email from Dana LeJune regarding Declaration. | PKT | $100.00 | NC | 0.00 |
| 4/5/2019 | Lengthy email to Process Server to clarify facts. | SF | $250.00 | 0.25 | 62.50 |
| 4/5/2019 | Several emails with Process Server and Scott Francis regarding Motion for Alternative Service. | DAL | $450.00 | 0.25 | 112.50 |
| 4/6/2019 | Emails with investigator | SF | $250.00 | 0.25 | 62.50 |
| 4/10/2019 | Review email from J.R. Long and attachments. | DAL | $450.00 | 0.25 | 112.50 |
| 4/11/2019 | Various emails and telecalls with Investigator and Dana LeJune in re: Declarations / Affidavits of Attempted Service. | SF | $250.00 | | |
| 4/11/2019 | Review Motion for Service by Alternative Means, edit and discuss with Scott Francis. | DAL | $450.00 | 0.50 | 225.00 |
| 4/15/2019 | Finalize Motion for Alternative Service and Exhibit after incorporation of revisions by Dana LeJune for filing with the Court. | **SF** | $250.00 | | |
| 4/15/2019 | Attention to filing Motion for Alternative Service and all exhibits with the Court; download all file marked/filed copies and memorialize file. | PKT | $100.00 | 0.25 | 25.00 |
| 4/15/2019 | Prepare draft of Motion for Service by Alternative Means | **SF** | $250.00 | | |
| 6/11/2019 | Prepare summons and send summons and complaint to James and Jennifer Griffin via Federal Express 2 day delivery | **PKT** | $100.00 | 0.25 | 25.00 |
| 7/2/2019 | File Affidavits of Mailing of summons and complaint to both James and Jennifer Griffen | **PKT** | $100.00 | 0.10 | 10.00 |
| 9/3/2019 | Draft and File Motion for Entry of Clerk's Default | **SF** | $250.00 | 0.50 | 125.00 |
| 9/18/2019 | Draft and File Motion for Entry of Final Judgment | **SF** | $250.00 | 3.00 | 750.00 |
| | | | | 14.35 | $3,497.50 |
| | **Legal and Administrative Fees** | | | | $418.23 |
| | **Investigator Fees** | | | | $375.00 |
| | Total | | | | 4,290.73 |