# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00272-MR-WCM

| | |
|---|---|
| DAVID OPPENHEIMER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES SEAN GRIFFIN and ) <br> JENNIFER FOWLKES GRIFFIN, ) <br> ) <br> Defendants. ) <br> _____ ) | **JUDGMENT** |

**FOR THE REASONS** stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Default Judgment [Doc. 16] is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Motion is **GRANTED** to the extent that the Plaintiff David Oppenheimer shall have and recover of the Defendants James Sean Griffin and Jennifer Fowlkes Griffin, jointly and severally, $750 in statutory damages pursuant to U.S.C. § 504(c)(1) and $20,000 in statutory damages pursuant to 17 U.S.C. § 1203(c), for a total judgment of $20,750. The Motion is further **GRANTED** to the extent that a permanent injunction is entered against the Defendants, their employees, agents, officers, directors, attorneys,

successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with the Defendants, prohibiting them from (a) directly or indirectly infringing David Oppenheimer's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from the Work or to participate or assist in any such activity; and (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted work. This injunction shall take effect seven days from the issuance of this order. The Motion is **DENIED** with respect to the Plaintiff's request for attorney's fees. The costs of this action are taxed against the Defendants.

Signed: December 31, 2019

Martin Reidinger
United States District Judge