IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

DAVID OPPENHEIMER )
      Plaintiff, )
vs. ) Civil No. 1:18-cv-00272-MR
JAMES SEAN GRIFFIN, ET AL. )
      Defendant. )

### REQUEST FOR CLERK TO ISSUE NOTICE TO DEBTOR OF RIGHT TO HAVE EXEMPTIONS DESIGNATED

Comes now the judgment creditor in the above-entitled action and moves that a notice from the court be issued and served upon the judgment debtor advising him/her of his/her rights pursuant to Rule 69, Federal Rules of Civil Procedure, and the Constitution and laws of North Carolina.

In support of this request the judgment creditor shows the court that the judgment in this case in favor of the judgment creditor has not been reversed, vacated, or satisfied; that no writ of execution has been issued by this court; and that this judgment in favor of the plaintiff is one on which execution may properly be issued after notice as provided by law.

                                          LEJUNE LAW FIRM

.

.                               By:   /s Dana A. LeJune
                                              Dana A. LeJune
                                              dlejune@triallawyers.net
                                              Texas Bar: 12188250
                                              NC Bar: 49025
                                              7 Orchard Street, Suite 200
                                              Asheville, North Carolina 28801
                                              828.774.5800 Phone